IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BRUCE SOMERS, Individually and on behalf of all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 20-704 |
| v. | ) ) ) | District Judge W. Scott Hardy |
| | ) | Chief Magistrate Judge Cynthia Reed Eddy |
| GENERAL ELECTRIC COMPANY, | ) ) | |
| Defendant. | ) | |

## **JUDGMENT ORDER**

AND NOW, this 7th day of January, 2022, the Court having granted Defendant's Motion for Summary Judgment (Docket No. 23) by separate Memorandum Order on this date,

IT IS HEREBY ORDERED that final judgment of this Court is entered against Plaintiff pursuant to Rule 58 of the Federal Rules of Civil Procedure.


_s/ W. Scott Hardy_____
W. Scott Hardy
United States District Judge

cc/ecf:  All counsel of record